

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00159-CR

**EALON CHARLES SCOTT,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 220th District Court
Hamilton County, Texas
Trial Court No. CR 7755**

# ORDER

This appeal was abated on September 12, 2013 to the trial court to consider whether appellant was indigent and if so, whether to discharge appellant's currently appointed counsel and to appoint new appellate counsel for appellant.

New counsel has been appointed for appellant. This appeal is reinstated. Appellant's brief is due 30 days from the date of this order. Appellant's motion to

withdraw and motion for extension of time to file appellant's brief are dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated; motions dismissed as moot
Order issued and filed October 24, 2013